(51 South. 89.)

No. 18,003.

STATE v. RINEY.

(Jan. 3, 1910.)

*(Syllabus by the Court.)*

CRIMINAL LAW (§ 1090*)—APPEAL—REVIEW.

A motion for a new trial without a bill of exception presents no question of law for review by the appellate court.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. § 2822; Dec. Dig. § 1090.*]

Appeal from Thirteenth Judicial District Court, Parish of Rapides; W. F. Blackman, Judge.

Henry Riney was convicted of obtaining money under false pretenses, and appeals. Affirmed.

J. C. Ryan, for appellant. Walter Guion, Atty. Gen., and John R. Hunter, Dist. Atty. (R. G. Pleasant, of counsel), for the State.

LAND, J. The defendant and appellant was convicted of obtaining money under false pretenses, and was sentenced to hard labor for two years in the state penitentiary.

The record contains no bill of exception, and the motion for a new trial per se presents no question of law that this court can review. Marr's Crim. Jurisprudence of La. 826–829.

The sentence is therefore affirmed.